## Commonwealth *v.* Rauser, Appellant.

726

Submitted June 9, 1975. *Penn B. Glazier,* and *R. S. Trigg,* Assistant Public Defenders, for appellant; *Charles A. Achey, Jr.,* Assistant District Attorney, and *D. Richard Eckman,* District Attorney, for Commonwealth, appellee.
   Order affirmed.